35-031-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Terri Banks Dallam County & District Clerk,
Clerk Abel Acosta Court of Criminal Appeals,
The Honorable Judge Ronald E. (Ron) R. Enns,
The Honorable Judge Sharon Keller.

Re: Writ #WR-35,031-04 Felder Nathan

Clerk of records,
Find for filing one original and one copy of my letter with the following request:
. The United States Supreme Court clerk has requested for the lower court's opinion from the denial of the above cause number writ that was denied under article 11.07 section 4,a,c. See Appendix 7. This is applicant's second request.
To; The Honorable Judges:
I am in hopes that I will receive a response, before the deadline mention in the notice appendix.

Respectfully Submitted,

CC:

/s/ Nathan J. Felder
Nathan Felder #1163298
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

Certificate Of Service

I, Nathan Felder certify that I placed one copy of my letter for the lower court opinion and the court of criminal appeals opinion with attached Appendix 7, was placed in the prison mail box located on the Ellis Unit postage pre-paid and addressed to: The Honorable Judge Ronald E. (Ron) R. Enns, 715 Dumas Ave. #302, Dumas, Texas 79029; Court of Criminal Appeals, Sharon Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308.
I Nathan Felder further certify that I requested each clerk to filed one original and one copy of my letter for the lower court opinion and the court of criminal appeals opinion with attached Appendix 7, was placed in the prison mail box located on he Ellis Unit postage pre-paid and addressed to: Terri Banks, Dallam County & District Clerk, P.O. Box 1352, Dalhart, Texas 79022; Clerk Abel Acosta, of The Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.
Executed on the 14 day of January 2015.

/s/ Nathan J. Felder

I, Nathan Felder being presently incarcerated, declare under penalty of perjury that I have read this letter and the foregoing motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix 7 are true and correct.
Executed on the 14 day of January, 2015.

/s/ Nathan J. Felder

Terri Banks Dallam County & District Clerk,
Clerk Abel Acosta Court of Criminal Appeals,
The Honorable Judge Ronald E. (Ron) R. Enns,
The Honorable Judge Sharon Keller.

Re:  Writ #WR-35,031-04 Felder Nathan

Clerk of records,
Find for filing one original and one copy of my letter with the following request:
. The United States Supreme Court clerk has requested for the lower court's opinion from the denial of the above cause number writ that was denied under article 11.07 section 4,a,c. See Appendix 7. This is applicant's second request.
To; The Honorable Judges:
I am in hopes that I will receive a response, before the deadline mention in the notice appendix.

Respectfully Submitted,

CC:

/s/ Nathan J Felder #1163298
Nathan Felder #1163298
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

Certificate Of Service

I, Nathan Felder certify that I placed one copy of my letter for the lower court opinion and the court of criminal appeals opinion with attached Appendix 7, was placed in the prison mail box located on the Ellis Unit postage pre-paid and addressed to: The Honorable Judge Ronald E. (Ron) R. Enns, 715 Dumas Ave. #302, Dumas, Texas 79029; Court of Criminal Appeals, Sharon Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308.
I Nathan Felder further certify that I requested each clerk to filed one original and one copy of my letter for the lower court opinion and the court of criminal appeals opinion with attached Appendix 7, was placed in the prison mail box located on he Ellis Unit postage pre-paid and addressed to: Terri Banks, Dallam County & District Clerk, P.O. Box 1352, Dalhart, Texas 79022; Clerk Abel Acosta, of The Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.
Executed on the 14 day of January 2015.

/s/ Nathan J Felder

I, Nathan Felder being presently incarcerated, declare under penalty of perjury that I have read this letter and the foregoing motion for the lower court opinion and the court of criminal appeals opinion with attached Appendix 7 are true and correct.
Executed on the 14 day of January, 2015.

/s/ Nathan J Felder

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

December 2, 2014

Nathan Felder
#1163298
1697 FM 980
Huntsville, TX 77343

RE: Felder v. Texas

Dear Mr. Felder:

The above-entitled petition for writ of certiorari was originally postmarked August 11, 2014 and received again on October 23, 2014. The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended from the Texas Court of Criminal Appeals and the Texas Court of Appeals .

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk
By:

Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures